A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

ERNEST BILLIZONE SR.,

GARY SMITH

RODNEY SMOTHERS

CONNELL ANDERSON

DONALD WILSON; ET. AL.

\*

\*

\*

\*

\*

CLASS

CIVIL ACTION

No: _____

SECTION: _____

VERSUS                                        \*

ALAN J. REINECKE                              \*

HILLIARY BROUSSARD

BRYAN LEWIS                                   \*

JEANETTE DOUCET

SHEILA CRADEUR                                \*

DENAE   VAUGHN

JEFF CLARK                                    \*

JAMESA  LEGER

ST. MARTIN DEPORRES WORK RELEASE FACILITY

JAMES M. LEBLANC

FRANK SEAWARD

MAGISTRATE: _____

**JURY TRIAL DEMANDED**

ALL PLAINTIFFS HEREIN THIS FOREGOING CAUSE OF ACTION REQUESTS THAT THEY NOT BE RETALIATED AGAINST IN ANY WAY OR BY SHIPPING OR TRANSFERRING THEM TO ANY D.O.C. FACILITY UNLESS IT IS ANOTHER WORK RELEASE OR HALFWAY HOUSE IN A GEOGRAPHICALLY CLOSER PROXIMITY TO THEIR HOMES. ANY OTHER ACTIONS BESIDES THE UNDERLINED WILL BE TAKEN AS RETALIATION.

PREVIOUS LAWSUITS

I. HAVE YOU FILED ANY LAWSUIT OR APPEAL IN ANY FEDERAL DISTRICT COURT OR APPEALS COURT WHICH HAS BEEN DISMISSED? YES ____ NO ✓ IF YES, STATE THE COURTS WHICH DISMISSED THE CASE, CIVIL ACTION NUMBERS AND REASON FOR DISMISSAL (E.G. FRIVOLITY, MALICE, FAILURE TO STATE CLAIM, IMMUNITY FROM RELIEF SOUGHT, ETC.) _____

II. NAME OF INSTITUTION AND ADDRESS OF CURRENT PLACE OF CONFINEMENT: ST. MARTIN DEPORRES WORK RELEASE, 1101 CANVASBACK ST., LAKE CHARLES, LA. 70615

A. IS THERE A PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ✓ NO ____

B. DID YOU FILE AN ADMINISTRATIVE GRIEVANCE BASED UPON THE SAME FACTS WHICH FORM THE BASIS OF THIS LAWSUIT? YES ✓ NO ____

WHAT ARE THE ADMINISTRATIVE REMEDY PROCEDURE NUMBER? NONE AS OF YET

C. IF YOU DID NOT FILE A GRIEVANCE, EXPLAIN WHY? N/A

D. IF YOU FILED AN ADMINISTRATIVE GRIEVANCE, ANSWER THE FOLLOWING QUESTIONS. WHAT SPECIFIC STEPS DID YOU TAKE AND WHAT WAS THE RESULT? MY GRIEVANCES ARE BEING SCREENED AND NOT RETURNED TO INMATES UNLESS IT DOESN'T CONCERN THIS FACILITY. IF IT IS FAVORABLE TO THE INMATE IT IS DESTROYED BEFORE WE RECEIVE IT.

III.

## STATEMENT OF CLAIM

THIS IS A CIVIL RIGHTS ACTION FILED BY ERNEST BILLIZONE SR., AND ALL OTHERS MENTIONED HEREIN AS PLAINTIFF'S WHOM ARE SIMILARLY SITUATED AND ARE STATE PRISONERS SUING-

FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF UNDER 42 U.S.C. §
1983, ALLEGING ABUSE OF AUTHORITY; MALFEASANCE OF OFFICE; DENIAL OF
ACCESS TO COURTS; DUE PROCESS OF LAW; ILLEGAL MAIL CENSORSHIP; RACIAL
DISCRIMINATION; THEFT BY FRAUD, EMBEZZLEMENT, DENIED RIGHT TO TELEPHONE
ACCESS TO ATTORNEYS, INVASION OF PRIVACY AND ILLEGAL AND UNAUTHORIZED
CAMERA RECORDING OF STRIP SEARCH AND URINALYSIS; ILLEGAL MAIL TAMPERING
AND OPENING OF LEGAL MAIL NOT IN THE PRESENCE OF INMATE; PROPERTY DESTRUCTION;
ILLEGAL IMPOSITION OF FEES; MENTAL ANGUISH, NO MEDICALLY TRAINED STAFF
OR MEDICAL SERVICES PROVIDED ON SITE, SUBSTANDARD LIVING CONDITIONS,
ALSO REQUESTING PUNITIVE DAMAGES.

## 1.

THIS HONORABLE COURT HAS JURISDICTION OVER THE PLAINTIFF'S
CLAIMS OF FEDERAL VIOLATIONS OF CONSTITUTIONAL RIGHTS UNDER 42 U.S.C.
§§ 1331 (a) AND 1343.

## 2.

THIS HONORABLE COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER
THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C. § 1367.

## 3.

PLAINTIFF AVERS AND SUBMITS, THAT EACH DEFENDANT IS BEING
SUED INDIVIDUALLY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL
TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER
THE COLOR OF STATE LAW.

## IV.

# FACTS

HERE AT CINC, ST. MARTIN DEPORRES WORK RELEASE FACILITY,
I AM BEING DENIED ACCESS TO COURTS, DENIED THE RIGHT TO POSSESS MY
LEGAL BOOKS AND MATERIALS NEEDED TO LITIGATE MY CASE PROPERLY, ALSO,
ILLEGALLY STRIP SEARCHING AND GIVING A URINALYSIS WHILE FACING A
CAMERA, DENIED LEGAL COPIES OF MOTIONS TO SEND INTO COURT, I WAS
FORCED TO WASH PRIVATE VEHICLES WITHOUT BEING PAID, PRIVILEGED
LEGAL MAIL WAS OPENED OUTSIDE OF MY PRESENCE, I WAS FORCED TO
WORK AT MY JOB AT TEMPERATURES OF 27° WITH LOWER WIND CHILL
FACTORS WITHOUT A JACKET, BOOTS OR PROPER CLOTHING IN EXCESS OF
2½ WEEKS, AND AS OF JANUARY 17, 2010 I STILL DON'T HAVE A

JACKET TO WEAR TO PROTECT ME FROM THE ELEMENTS, AND I AM MADE TO WEAR PRISON GARBS TO AN OUTSIDE FREEWORLD JOB. FINALLY I WAS THREATENED BY CINC'S HEAD OF SECURITY WITH THREATS OF RETALIATION IF I PURSUE THESE MATTERS ANY FURTHER. MY PROPERTY WAS DESTROYED BY CUTTING OFF THE HOOD OF MY SWEATSHIRT, YET I AM FORCED TO WORK IN EXTREMELY COLD WEATHER WITH NO HEAD PROTECTION, OR PROPER CLOTHING. AN ILLEGAL INCIDENTAL FEE IS TAKEN FROM INMATES AFTER THE LEGAL RATE OF 50% HAS ALREADY BEEN TAKEN FROM OUR WAGES. WE ARE NOT FED DECENT PORTIONS OF FOOD AND WE ARE DENIED THE RIGHT TO EAT IF YOU ARE TWO MINUTES LATE AND SOMETIMES FIVE MINUTES EARLY. MY LEGAL EFFECTS IS BEING HELD IN EXCESS OF 30 DAYS AND NOT BEING SENT HOME AS I REQUESTED. FACILITY IS BEING RAN BY ALAN J. REINECKE, WHO HAS BEEN FEDERALLY INDICTED FOR EMBEZZLEMENT AND HASN'T STOPPED YET. THERE IS NO LAW LIBRARY AT THIS FACILITY AND THE DIRECTOR MR. REINECKE INFORMED ME THEY WILL NOT CHANGE THAT FACT.

ALSO, MR. GARY SMITH, A PLAINTIFF IN THIS CAUSE OF ACTION HAS COMPLAINTS OF ILLEGAL INCIDENTAL FEES BEING TAKEN FROM HIM FROM THE DATES OF AUGUST 17, 2009 UNTIL THE PRESENT, ALSO BEING ILLEGALLY STRIP SEARCHED AND GIVEN A URINALYSIS BY MONITOR JEFF CLARK ON 11-15-09, AND ILLEGAL MAIL TAMPERING OF (ARP-HDQ-2009-1754) 2ND STEP RESPONSE OPENED ON OR ABOUT 11-16-09, AND MAILED FROM THE 19th JUDICIAL DISTRICT COURT (ORDER), OPENED 12-16-09.

ON ANOTHER ACCOUNT MR. RODNEY SMOTHERS, HAS COMPLAINTS OF MONIES BEING TAKEN IN EXCESS OF 50% FROM JULY 2009 TO PRESENT AND EXPECTED RELEASE DATE OF JANUARY 2010. ALSO VIOLATION OF ILLEGAL STRIP SEARCH AND URINALYSIS TESTING UNDER CAMERA WITHOUT CONSENT, AND NEVER RECEIVING A RESPONSE FROM (ARP) AND OPENING OF PRIVILEGED CONFIDENTIAL LEGAL MAIL FROM ATTORNEY LEROY HARTLEY.

MR. CONNELL ANDERSON HAS COMPLAINTS OF UNAUTHORIZED AND ILLEGALLY EXCESSIVE FEES BEING TAKEN, ON ONE ACCOUNT THE PLAINTIFF RECEIVED A ($640) SIX-HUNDRED-FORTY DOLLAR CHECK AND ONLY RECEIVED ($9.00) NINE-DOLLARS OUT OF IT

AFTER THE ILLEGAL IMPOSITION OF FEES WERE TAKEN, HE ALSO HAS
COMPLAINTS OF BEING ILLEGALLY STRIP SEARCHED AND GIVEN A
URINALYSIS IN THE VIEW OF A CAMERA WITHOUT HIS CONSENT.

MATTHEW O. STARR, HAS COMPLAINTS OF WORKING FOR OVER
(3) THREE MONTHS AND GOING HOME WITHOUT A PENNY IN HIS ACCOUNT
BECAUSE OF THE ILLEGALLY IMPOSED FEES, AND BEING STRIP SEARCHED
IN THE PRESENCE OF A CAMERA DURING A URINALYSIS WITHOUT HIS
CONSENT, AND NOT BEING AFFORDED A BUS TICKET TO GO HOME OR
EVEN GIVEN A RIDE HOME OR TO BUS STATION, BUT FORCED OFF OF
CINC WORK RELEASE OF LAKE CHARLES' PROPERTY WITH NO
MONEY OR MEANS.

ALL PLAINTIFFS HEREIN HAVE BEEN SUBJECTED TO
UNCONSTITUTIONAL INFRINGEMENTS OF THEIR FIRST, FOURTH,
FIFTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS
OF THE UNITED STATES CONSTITUTION.

ST. MARTIN DEPPORRES WORK RELEASE IS ALSO DENYING
INMATES TO BE TRANSPORTED TO COURTDATES AND THEY
REFUSE TO BRING INMATES.

CINC WORK RELEASE OF LAKE CHARLES IS ALSO IN
VIOLATION OF FALSIFYING STATE DOCUMENTS, STATING THAT
THEY ARE A "WORKFORCE WORK RELEASE" TO ILLEGALLY
STEAL AND EMBEZZLE HUNDREDS OF THOUSANDS OF DOLLARS
A YEAR FROM INMATES BY TAKING (75%) SEVENTY-FIVE
PERCENT OF THEIR WAGES, WHEN IN ACTUALITY THIS IS
A "TRADITIONAL WORK RELEASE FACILITY" AND ARE SUBJECT
TO LEGISLATIVE LAWS AND GUIDELINES WHICH PROHIBIT THE
DEFENDANTS FROM EXCEEDING (50%) OF INMATES WAGES
EARNED FROM WORKING, AND TAKEN FOR ROOM AND BOARD
AND OTHER ADMINISTRATIVE COST RESULTING FROM PARTICIPATION
IN A WORK RELEASE PROGRAM.

PLAINTIFFS REQUEST A CHANCE TO AMEND HIS CLAIM
AT A LATER DATE.

# RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGMENT STATING THAT:

   1. DEFENDANTS ALAN J. REINECKE, BRYAN LEWIS, HILLARY BROUSSARD, FRANK SEAWARD, AND SHEILA CRADEUR VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE EIGHTH, FOURTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND THEREBY CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF DUE PROCESS OF LAW, DENIED ACCESS TO COURTS, AND ILLEGAL SEIZURE OF LEGAL BOOKS AND DOCUMENTS,

   2. DEFENDANTS JAMES M. LEBLANC'S FAILURE TO TAKE ACTION TO PROPERLY SUPERVISE DEFENDANTS ALAN J. REINECKE, FRANK SEAWARD, HILLARY BROUSSARD, BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JEFF CLARK, JAMESA LEGER,

   3. DEFENDANTS ALAN J. REINECKE AND FRANK SEAWARD FAILED TO SUPERVISE PROPERLY, DEFENDANTS HILLARY BROUSSARD, BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JEFF CLARK, JAMESA LEGER,

   4. DEFENDANTS ALAN J. REINECKE, FRANK SEAWARD, HILLARY BROUSSARD, BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JAMESA LEGER VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE EIGHTH AMENDMENT, FOURTH, AND FOURTEENTH TO THE UNITED STATES CONSTITUTION AND CONSTITUTED THEFT BY FRAUD, AND EMBEZZLEMENT UNDER LOUISIANA STATE AND FEDERAL LAW.

B. ISSUE AN INJUNCTION ORDERING DEFENDANTS JAMES M. LEBLANC, ALAN J. REINECKE, FRANK SEAWARD, JEANETTE DOUCET, DENAE VAUGHN, SHEILA CRADEUR, OR THEIR

AGENTS TO:

1. IMMEDIATELY ARRANGE TO STOP TAKING INCIDENTAL
   FEES WHICH ARE BEING TAKEN BEYOND AND ABOVE
   THE (50%) FIFTY PERCENT CURRENTLY ALLOWED BY
   THE LAW WRITTEN AND ENACTED BY THE LEGISLATURE
   OF LOUISIANA OR UNTIL THE COURT DETERMINES
   THE LEGALITY OF THESE ACTIONS.
2. CARRY OUT THE ORDERS OF THE COURT IMMEDIATELY.

C. ISSUE AN INJUNCTION TO ORDER DEFENDANTS
   ALAN J. REINECKE, FRANK SEAWARD, HILLARY BROUSSARD,
   BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE
   VAUGHN, JAMES M. LEBLANC, ST. MARTIN DEPORRES WORK
   RELEASE FACILITY, JEFF CLARK, TO:
   1. COMPORT AND COMPLY TO THE REQUESTS WRITTEN IN
      THE PRELIMINARY INJUNCTION WHICH ARE TO BE MADE
      PERMANENT.

D. AWARD COMPENSATORY DAMAGES AND RESTITUTION
   IN THE FOLLOWING AMOUNTS:
   1. $110,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS
      ALAN J. REINECKE, FRANK SEAWARD, HILLARY BROUSSARD,
      BRYAN LEWIS, SHEILA CRADEUR, JAMES M. LEBLANC, AND
      JAMESA LEGER FOR THE EMOTIONAL, MENTAL INJURY
      AND OTHER INJURIES IN OR RESULTING FROM THEIR
      DENIAL OF DUE PROCESS AND ACCESS TO COURTS.
   2. AWARD COMPENSATORY DAMAGES JOINTLY AND
      SEVERALLY AGAINST DEFENDANTS, ALAN J. REINECKE,
      FRANK SEAWARD, HILLARY BROUSSARD, BRYAN LEWIS, JEANETTE
      DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JEFF CLARK,
      JAMESA LEGER, JAMES M. LEBLANC, FOR ALL OF
      THEIR CONSTITUTIONAL VIOLATIONS AGAINST ALL
      PLAINTIFFS HEREIN.

E. AWARD PUNITIVE DAMAGES AGAINST DEFENDANTS

ALAN J. REINECKE, FRANK SEAWARD, HILLARY BROUSSARD, BRYAN LEWIS, JEANETTE DOUCET, SHEILA CRADEUR, DENAE VAUGHN, JEFF CLARK, JAMESA LEGER, JAMES M. LEBLANC,

AMOUNT TO BE DETERMINED BY THE COURTS AS LONG AS IT IS DEEMED FAIR AND EQUITABLE BY THE PLAINTIFFS.

DATE: FEBRUARY 1, 2010

ERNEST BILLIZONE SR., ET. AL.

# AFFIDAVIT

I DO CERTIFY UNDER PENALTY OF PERJURY THAT I AM A PLAINTIFF IN THE FOREGOING CAUSE OF ACTION AGAINST CINC WORK RELEASE OF LAKE CHARLES, LOUISIANA, AND THAT ALL STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND UNDERSTANDING, AND AS TO STATEMENTS BASED ON BELIEF OR HEARSAY I BELIEVE THEM TO BE TRUE.

THUS EXECUTED AND SIGNED AT CINC 1 WORK RELEASE OF LAKE CHARLES, LOUISIANA 70615, ON THIS 20 DAY OF DECEMBER , 2009 .

1. ERNEST BILLIZONE SR.          Et Billy Sr. 318027
2. Gary Smith                    Gary Smith #88648
3. Rodney Smothers               Rodney Smothers #369791
4. Connell Anderson              Connell Anderson
5. Donald Wilson Jr.             Donald Wilson Jr. #507266
6. Eugene Edwards                Eugene Edwards #376159
7. Roland Ploucha                Roland Ploucha 541959
8. Albert Bullock                Albert Bullock #334340
9. Travis Moore                  D.M #425696
10. Brian D. Williams            Brian Williams #345218
11. Alfred Shannon               Alfred Shannon #129239
12. Berkeley Dixon               Berkeley Dixon #364073
13. Shannon Martin               Shannon Martin #450445
14. Jimmy Thomas                 Jimmy Thoms #452346
15. Jerome Knockum 100297        Jerome Knockum 100797
16.) Jamar Anderson             Jamar Anderson #167938
17. Renalds Mathieu              Renalds Mathieu #527838
18. Ryan McMahan                 Ryan McMahan #494240
19. Steven Morris                Steven Morris #492936
20. Jeremy Walker                Jeremy Walker #396034
21. Derrick S. Le De             D L De #342424
22. Cedric L. Fuller             Cedric L Fuller 540519

23. Gregory Griffin     Gregory Griffin #103355
24. Matthew Ostan     MATthew oStAM 452030
25. James Harrison     James Harrison 389780
26. Russell Thymes     Russell Thymes 263657
27. O'Jeda Sims     O'Jeda Sims 466308
28. Christopher Lewden     Christopher Lewden 367687
29. Gregory D. Searls Jr.     Gregory D. Searls Jr. #475896
30. Thai Nguyen
31. BRANDON KERN
32. CEDRICK Dixon     Cedrick Dixon
33. Willie LASAlle     Willie LaSalle
34. Derek Lenney     Derek Lenney #447987
35. Anthony Vigil     Anthony Vigil 411098
36. Louis Grear     Louis Grear 268071
37. Ricky Vaughn     Ricky Vaughn 282287
38. Martinez Emiliano     Martinez Emiliano 458890
39. Willie Alexander     Willie Alexander 439208
40. Kendrick Morris     Kendrick Morris 440284
41. Sammy CARUSO   ADDRESS CHANGE     Sammy Caruso 335134
42. Joseph Robertson     Joseph Robertson #118099
43. Solomon B Guillory     Solomon B Guillory 203447
44. TROY MERCAdel     Troy Mercadel #113961
45. Randy Walker     Randy Walker #295115
46. Lindsey Peters     Lindsey Peters #120695
47. Farrell Williams Jr.     Farrell Williams jr. 327444

PLAINTIFF REQUESTS THAT EACH PERSON WHOSE NAME APPEARS WITHIN THIS AFFIDAVIT AS PLAINTIFFS BE MAILED A DOCKET NUMBER AND KEPT UPDATED IN REFERENCE TO THIS FOREGOING CAUSE OF ACTION.

THE ADDRESS TO ALL OF THE FOREGOING NAMES ARE TO BE MAILED TO:

     1101 CANVASBACK ST.
     LAKE CHARLES, LA. 70615

LIST CONTINUED ON FOLLOWING PAGE;

48. Isiah J. Ferdinand   *Isiah J. Ferdinand* #263456
49. Byron Robins   *Byron Robins* 133142
50. Leroy Mosley   *Leroy Mosley* 535937